[No. 11190-3-III.   Division Three.   June 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY G.
MOSS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 90-1-00143-9, Yancey Reser, J., entered
October 3, 1990. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 13452-7-II.   Division Two.   June 8, 1992.]

DONALD R. MOORE, ET AL, *Appellants*, v. BUD CREST,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Pierce County, No. 89-2-03519-2, Waldo F. Stone, J.,
entered December 1, 1989. *Affirmed* by unpublished opin-
ion per Alexander, J., concurred in by Petrich, C.J., and
Morgan, J.

[No. 27153-9-I.   Division One.   June 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD
ARISTUS JUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-02061-6, Steven G. Scott, J., entered Sep-
tember 17, 1990. *Remanded* by unpublished per curiam
opinion.

[No. 26081-2-I.   Division One.   June 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY F.
MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-05883-7, Marsha J. Pechman, J., entered
April 30, 1990. *Affirmed* by unpublished per curiam opin-
ion.